**Order entered July 24, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00810-CV

**BENCHMARK BANK, Appellant**

**V.**

**AMERICAN NATIONAL BANK OF TEXAS, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00988-2010**

## ORDER

We **GRANT** the July 22, 2014 motion of Shawn Gant, Official Court Reporter for the 429th Judicial District Court of Collin County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed **on or before AUGUST 22, 2014**.

/s/      ADA BROWN
            JUSTICE